634 A.2d 215

**COMMONWEALTH of Pennsylvania, Appellant**

**v.**

**John SPENCER.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1993.

Decided Dec. 21, 1993.

Stuart Suss, Anthony A. Sarcione, West Chester, for Com.

Joseph P. Green, Jr., P.J. Redmond, West Chester, for John Spencer.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.